Christopher L. Dueringer (SBN 173746)
Bradley Dugan (SBN 271870)
**BRYAN CAVE LLP**
120 Broadway, Suite 300
Santa Monica, California  90401
Telephone:    (310) 576-2100
Facsimile:    (310) 576-2200
E-Mail:        cldueringer@bryancave.com
              brad.dugan@bryancave.com                                   JS-6

Attorneys for Defendant
BANK OF AMERICA, N.A.
(individually and as successor
by merger to BAC Home Loans Servicing, LP)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA LEAO AND RONALD LEAO,<br><br>Plaintiffs,<br><br>vs.<br><br>BANK OF AMERICA, N.A., BAC HOME LOANS SERVICING, LP, AND DOE DEFENDANTS ONE THROUGH TEN, INCLUSIVE,<br><br>Defendants. | Case No:  CV12-1942-JFW (MANx)<br><br>Assigned to the Hon. John F. Walter<br><br>**ORDER GRANTING STIPULATION TO DISMISS WITH PREJUDICE**<br><br>Complaint Filed:     January 25, 2012<br>Trial Date:          None Set |

The Stipulation to Dismiss with Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) between Plaintiffs Claudia Leao and Ronald Leao, on the one hand, and Defendant Bank of America, N.A., on the other hand, was filed on December 3, 2012.

Having read and considered the Stipulation, the Court ORDERS that the above-referenced action is dismissed in its entirety with prejudice, each party to bear their own attorneys' fees and costs.  The Court will retain jurisdiction to enforce the terms of the Settlement Agreement pursuant to the authority of this Court and as provided in Cal. Civ. Code. Proc. § 664.6.

**IT IS SO ORDERED.**

Dated:  December 4, 2012

_____
United States District Court Judge,
HONORABLE JOHN F. WALTER

SM01DOCS\875290.2                                1